### BROUSO *v.* GENTLE.

APPEAL—MALICIOUS PROSECUTION.

The record disclosing no prejudicial error, a judgment for
plaintiff in an action for malicious prosecution was affirmed.

Error to Wayne; Hosmer, J.   Submitted February 1,
1898.   Decided March 1, 1898.

Case by Hattie Brouso against John R. Gentle for
malicious prosecution.   From a judgment for plaintiff,
defendant brings error.   Affirmed.

*Thomas Hislop*, for appellant.

*Casper C. Weber* and *John Considine, Jr.*, for appellee.

PER CURIAM.   Defendant made a criminal complaint
for assault and battery against plaintiff.   She was tried
and acquitted.   She then brought this suit for malicious
prosecution, and recovered a verdict of $150.   Errors are
assigned upon the admission of testimony and the charge
of the court.   We find no prejudicial error in admitting
the testimony.   The charge of the court was fair, fully
stated the claim of each party, and correctly instructed
the jury upon the law.   There is nothing in the case to
justify an extended discussion.

Judgment affirmed.